**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10072-STA |
| PEKAHIAH PEARSON, | ) | |
| Defendant. | ) | |

___

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

___

This cause came to be heard on February 19, 2019, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Pekahiah Pearson, appearing in person, and with counsel, LaRonda Martin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 5 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 21, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 19th day of February, 2019.

                                                        s/ S. Thomas Anderson
                                                        CHIEF JUDGE, U. S. DISTRICT COURT